EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 470-2013-01381 |

| Indiana Civil Rights Commission | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) **Ms. Ella S. Martin** | Home Phone (Incl. Area Code) **(317) 209-2936** | Date of Birth |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **9243 Jackson St., Indianapolis, IN 46231** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name **STOOPS BUICK INC.** | No. Employees, Members **15 - 100** | Phone No. (Include Area Code) **(317) 268-7102** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **1251 Quaker Blvd., Plainfield, IN 46168** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

**DISCRIMINATION BASED ON** (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest **05-2012**   Latest **02-25-2013**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Stoops Buick Inc., on March 28, 2012 as an Office Clerk/Payroll Accountant. My immediate supervisor was Debbie Trauner, Office and Human Resources Manager.

Since May 2012, I was subjected to harassment because of my religion. Ms. Trauner constantly asked me to read the Bible and told me that I should go to church. I informed her that I was not interested on reading the Bible or going to church because I am Buddhist. Ms. Trauner kept telling me that I should read the Bible. I did not want to be insubordinate with my supervisor so in July 2012, I started to read the Bible with her. We read the Bible for two (2) hours every Thursday. I stayed at work from 5:00 pm until 7:00 pm for bible study. In September 2012, I informed Ms. Trauner that I could not continue reading the bible with her. Ms. Trauner got very upset. In January 2013, Ms. Trauner told me that I could start working full time. I went ahead and resigned my other par-time job. On February 25, 2012, I was discharged by Ms. Trauner. Ms. Trauner indicated that I was being discharged because of my education and skills and that I did not fit in the company.

I believe that I have been discriminated against because of my national origin, Chinese in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe that I have been discriminated because of my religion Buddhist and retaliated against for refusing to continue reading the Bible at work in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Mar 04, 2013**  _Ella Martin_  Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |