IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| **ELLA MARTIN** | : | Case No.: 1:14-cv-00298-RLY-DKL |
| **Plaintiff,** | : | |
| v. | : | |
| **STOOPS BUICK, INC.,** | : | |
| and | : | |
| **DEBRA TRAUNER,** | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for ELLA MARTIN.

Date: <u>February 27, 2014</u>                     <u>*/s/ Gabriel J. Quearry*</u>
                                                                    Gabriel J. Quearry, #30412-32
                                                                    gq@quearrylaw.com
                                                                    QUEARRY LAW, LLC
                                                                    386 Meridian Parke Lane, Suite A
                                                                    Greenwood, Indiana 46142
                                                                    (317) 285-9896 (telephone)
                                                                    (317) 534-3069 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                    <u>*/s/ Gabriel J. Quearry*</u>
                                                                    Attorney for Plaintiff