UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ELLA SUN MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:14cv298 RLY-DKL |
| | ) |
| STOOPS BUICK INC., and | ) |
| DEBRA TRAUNER, | ) |
| | ) |
| Defendants. | ) |

## WAIVER OF SERVICE OF SUMMONS ON BEHALF OF DEFENDANT, DEBRA TRAUNER

TO:   Clerk of Court, Southern District of Indiana

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of this action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from March 3, 2014, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.


Dated:         March 7, 2014

Respectfully submitted,

/s/ *Jeffrey B. Halbert*
Jeffrey B. Halbert  (#22727-49)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN  46204
(317) 684-5000; (317) 684-5173 (Fax)
JHalbert@boselaw.com

*Counsel for Defendants,*
*Stoops Buick, Inc. and Debra Trauner*

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2014, a copy of the foregoing "Waiver of Service of Summons" was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Gabriel J. Quearry
QUEARRY LAW, LLC
gq@quearrylaw.com

/s/*Jeffrey B. Halbert*
Jeffrey B. Halbert

2