IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELLA SUN MARTIN | : | Case No.: 1:14-cv-00298-RLY-DKL |
| Plaintiff, | : | |
| v. | : | |
| STOOPS BUICK, INC., | : | |
| and | : | |
| DEBRA TRAUNER, | : | |
| Defendants. | : | |

**PLAINTIFF'S PRELIMINARY WITNESS AND EXHBITS LISTS**

Plaintiff Ella Sun Martin ("Plaintiff"), by undersigned counsel, hereby files her Preliminary Witness and Exhibits Lists pursuant to the Court's Case Management Plan [Dkt. 12].

**A.    WITNESS LIST**

1. Ella Sun Martin

2. Tine Martin

3. Diana Nance

4. Sherry L. Rowland

5. Defendant Stoops Buick, Inc. ("Stoops") current and former employees under the supervision of Defendant Debra Trauner ("Trauner") during the period of Plaintiff's employment with Stoops.

6. Plaintiff's treating physicians during the period following Stoops' discriminatory acts and retaliatory termination of Plaintiff on the basis of her race, religion, and national origin in violation of Title VII.

7. Trauner

8. Jim Meyers

9. Lisa Goodin

10. Luann Simpson

11. Marsha Dillion

12. Any expert witnesses disclosed by Plaintiff pursuant to the Case Management Plan.

13. Any other witness revealed through further investigation or discovery who may possess information relevant to Plaintiff's claims against Stoops and Trauner.

B. **EXHBITS LIST**

1. Correspondence regarding Plaintiff's Stoops Account Receivable Balance.

2. Stoops receipt reflecting payment of account receivable balance.

3. Plaintiff's initial resume and cover letter, and application to Stoops.

4. Plaintiff's resignation letters to Knowledge Universe.

5. Plaintiff's employee time records for entire period of employment with Stoops, and period during which Stoops, by Trauner, caused Plaintiff to participate in unpaid Bible meetings with Trauner in violation of Title VII.

6. Statistics evidencing the racial and ethnic composition of Stoops' employees.

7. Plaintiff's job search activity log and related documents for the period following Stoops' retaliatory termination of Plaintiff on the basis of her race, religion and national origin in violation of Title VII.

8. Plaintiff's medical records pertaining to her Title VII and intentional infliction of emotional distress claims.

9. Documents relating to the job duties and responsibilities of individuals employed by Stoops in the accounting / payroll departments.

10. Job notices / advertisements relating to the position held by Plaintiff and by Plaintiff's replacement.

11. Correspondences between Stoops and Lisa Goodin.

12. Correspondence between Plaintiff and Linda Robinson.

13. Correspondence between Plaintiff and Trauner, including all monthly emails sent by Trauner to employees of the payroll department during the time of Plaintiff's employment with Stoops.

14. Plaintiff's Stoops employee pay records.

15. Plaintiff's state and federal income tax returns from 2010 to present.

16. Phone records for the month of January 2015 evidencing phone communications between Trauner and Defendant related to Trauner's offering Plaintiff a full time position with Stoops.

17. The gift Plaintiff gave to the assistant manager following Trauner's offer, and Plaintiff's acceptance, of full time employment with Stoops on January 25, 2013.

18. Stoops' bank statement reconciliations, general ledgers, applicable employee direct deposit records, ADP records, Paylocity records, asset depreciation forms, and any

other document created or produced by Plaintiff, or the tasks assigned to Plaintiff by Trauner, during her employment with Stoops.

19. Documents relating to Plaintiff's interviewing process with Stoops.

20. Plaintiff's educational certifications, transcripts and degrees, and educational distinctions in the area of accounting.

21. Documents relating to Plaintiff's education specific to accounting, payroll, taxation, and other areas of study.

22. Plaintiff's Stoops Employee Handbook.

23. Stoops' 90-day performance review for Plaintiff.

24. Documents or electronically stored information relating to Trauner's research about Plaintiff's family and church attendance.

25. Stoops Freightliner-Quality Trailer Computer Use Policy November 2009.

26. Stoops' March 19, 2012 Indiana State Police Limited Criminal History Request regarding Plaintiff and Indiana Race Designation Codes.

27. Stoops' March 28, 2012 Payroll Report for Plaintiff.

28. Stoops' March 28, 2012 Employee Information Sheet for Plaintiff.

29. Stoops' blank Employee Orientation Report for Plaintiff.

30. Trauner's March 15, 2012 Interview Notes for Plaintiff.

31. Stoops' StartRight Employment Questionnaires and EQ Score Interpretation Forms for Plaintiff.

32. Stoops' February 25, 2013 Employee Termination Checklist Sherry/Linda and Ella/Debbie for Plaintiff.

33. Lisa Goodin resume and letter to Trauner in which Goodin thanks Trauner for speaking with her and details an email correspondence between Goodin and Trauner. Goodin's resume was unexplainably disclosed by Defendants in redacted form, though Goodin's resume indicates a submission date following Trauner's January 25, 2013 offer, and Plaintiff's acceptance, of a full time employment position with Stoops.

34. Stoops' February 25, 2013 Payroll Change Notice for Plaintiff prepared and signed by Trauner.

35. Stoops' February 25, 2013 Payroll Change Notice Note and Comments prepared by Trauner stating that Trauner's "communication issues" with Plaintiff further complicate and slow her training despite the existence of evidence to the contrary.

36. Stoops' Form W-4 (2012) unsigned by Plaintiff and dated by Stoops February 20, 2013.

37. Trauner's April 5, 2012 New Hire / Login Request Form Email for Plaintiff.

38. Stoops' March 28, 2012 New Hire Checklist for Plaintiff evidencing Stoops' failure to provide Plaintiff with Stoops' Employee Handbook, which among other things, sets forth Stoops' internal reporting and complaint procedures for employees upon the occurrence of "harassment," and a diluted footnote in a font smaller than any other text contained in the Stoops Employee Handbook regarding exhaustion of the "Company's internal procedures" and the deadline for filing charges with the Equal Employment Opportunity Commission.

39. September 17, 2013 Unemployment Insurance Protest (Employe) Form completed, and signed and dated by Trauner, and related Indiana Department of Workforce Development Documents.

40.     Any other exhibit obtained by Plaintiff through further investigation or discovery in this matter.

Respectfully Submitted,

*/s/ Gabriel J. Quearry*
Gabriel J. Quearry, #30412-32
gq@quearrylaw.com
QUEARRY LAW, LLC
386 Meridian Parke Lane, Suite A
Greenwood, Indiana 46142
(317) 285-9896 (telephone)
(317) 534-3069 (facsimile)
*Attorney for Plaintiff*
*Ella Sun Martin*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2014 a copy of the foregoing document was submitted electronically to the individual(s) at the address(es) listed below.

Jeffrey B. Halbert
BOSE MCKINNEY & EVANS, LLP
JHalbert@boselaw.com

*/s/ Gabriel J. Quearry*
Attorney for Plaintiff
