IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELLA SUN MARTIN | : | Case No.: 1:14-cv-00298-RLY-DKL |
| Plaintiff, | : | |
| v. | : | |
| STOOPS BUICK, INC., | : | |
| and | : | |
| DEBRA TRAUNER, | : | |
| Defendants. | : | |

**ORDER ON PLAINTIFF'S MOTION TO ENLARGE CASE MANAGEMENT PLAN DEADLINES**

This matter is before the Court on Plaintiff's Motion to Enlarge Case Management Plan Deadlines. And the Court being duly advised in the matter hereby **GRANTS** the same.

IT IS THEREFORE ADJUDGED AND DECREED that:

(1) Plaintiff shall complete her discovery regarding Stoops' March 13, 2015 second supplemental production of documents and issues related to Plaintiff's performance of her job functions and responsibilities by **July 27, 2015**;

(2) Plaintiff shall disclose any economic or damages experts and serve any written reports required by Fed. R. Civ. P. 26(a)(2)(B) or (C) by on or before **July 11, 2015**;

(3) Defendants shall disclose any economic or damages experts and serve any written reports required by Fed. R. Civ. P. 26(a)(2)(B) or (C) by on or before **August 11,**

**2015**, and Defendants' deadline for disclosing experts and serving expert reports for all other purposes will remain **July 27, 2015**;

(4) The parties shall serve and file their final witness and exhibits lists by on or before **August 27, 2015**;

(5) Dispositive motions are expected and shall be filed by on or before **August 27, 2015**.

All other deadlines not otherwise altered by this Order remain in effect.

SO ORDERED:   06/30/2015

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution: Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.

2